No. 31. KENNEY, SHERIFF, *v.* MURPHY. Certiorari, 301 U. S. 677 (No. 909), to the Circuit Court of Kenton County, Kentucky. Argued November 17, 1937. Decided November 22, 1937. *Per Curiam:* After hearing argument the Court is of the opinion that the motion of the respondent to dismiss the writ of certiorari should be granted, and the writ is accordingly dismissed for the want of jurisdiction. *McKnight* v. *James,* 155 U. S. 685; *Lambert* v. *Barrett,* 157 U. S. 697, 699, 700; *Weldington* v. *Sloan,* 54 Ky. 147; *Broadwell* v. *Commonwealth,* 98 Ky. 15; *Proffer* v. *Stewart,* 259 Ky. 445. *Mr. Charles I. Dawson,* with whom *Messrs. S. H. Brown* and *Orie S. Ware* were on the brief, for respondent. *Mr. D. M. Outcalt,* with whom *Messrs. Simon L. Leis* and *Carson Hoy* were on the brief, for petitioner.